UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

MOSAIC FINANCIAL SERVICES, L.L.C.,

      Plaintiff,

v.                                                                                    Case No. 1:07-MC-65

ROTATEBLACK INVESTMENT FUND I,                    HON. PAUL L. MALONEY
L.L.C., DHRU DESAI, and JOHN PAULSEN,

      Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S EX PARTE MOTION

This Court has read and considered Plaintiff's ex parte motion requesting an Order allowing

Court Officer David Grizzel to secure and seize any and all property of John C. Paulsen maintained

in a safety deposit box located at JP Morgan Chase Bank, 320 Howard Street, Petoskey, Michigan

49710, including, but not limited to, Safety Deposit Box No. 2040013714.

**IT IS HEREBY ORDERED** that Court Officer David Grizzel may secure and seize any and

all property of John C. Paulsen, (SS# xxx-xx-5442), maintained in a safety deposit box located at

JP Morgan Chase Bank, 320 Howard Street, Petoskey, Michigan 49710, including, but not limited

to, Safety Deposit Box No. 2040013714, in any manner he sees fit, for the purpose of satisfying in

whole or in part the Amended Judgment.

**IT IS FURTHER ORDERED** that JP Morgan Chase Bank shall provide Court Officer

Grizzel access, by drilling or other means, to any and all safety deposit boxes owned or maintained

by John C. Paulsen at JP Morgan Chase Bank, 320 Howard Street, Petoskey, Michigan 49710.  JP

Morgan Chase Bank shall allow Court Officer Grizzel to seize the property or funds located in any

and all safety deposit boxes owned or maintained by John C. Paulsen for the purpose of satisfying

in whole or in part the Amended Judgment.


Dated:  April 14, 2010                                    /s/ Paul L. Maloney
                                                  for    GORDON J. QUIST
                                                         UNITED STATES DISTRICT JUDGE