UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOSAIC FINANCIAL SERVICES, LLC,

    Plaintiff,

v.

ROTATEBLACK INVESTMENT
FUND I, LLC, DHRU DESAI, and
JOHN PAULSEN,

    Defendants.

    Case No. 1:07-MC-65

    HON. GORDON J. QUIST

## ORDER

In accordance with the Opinion entered today,

**IT IS HEREBY ORDERED** that Report and Recommendation issued August 23, 2010 (Dkt. # 163), is **ADOPTED**, and Defendant Paulsen's Objections (Dkt. # 164) are **OVERRULED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion For Contempt Sanctions (Dkt. # 138) is **GRANTED**.

**IT IS FURTHER ORDERED** that within **thirty (30) days** from the entry of this Order, Defendant John Paulsen shall pay to Plaintiff Mosaic the sum of **$401,869.37** and certify such payment under penalty of perjury. In the event Paulsen fails to make the payment within the time specified in this Order, Paulsen shall be incarcerated until he purges himself of contempt by making such payment.

Dated: May 3, 2011

    /s/ Gordon J. Quist
    GORDON J. QUIST
    UNITED STATES DISTRICT JUDGE