UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOSAIC FINANCIAL SERVICES, LLC,

    Plaintiff,

v.                                              Case No. 1:07-MC-65

ROTATEBLACK INVESTMENT         HON. GORDON J. QUIST
FUND I, LLC, DHRU DESAI, and
JOHN PAULSEN,

    Defendants.
_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on June 14, 2011. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 14, 2011, is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that in light of Defendant Paulsen's Chapter 11 bankruptcy case and the automatic stay arising in connection with that proceeding pursuant to 11 U.S.C. § 362, this matter is **held in abeyance** and the case shall be **administratively closed**, pending an appropriate request by counsel to reopen following further action by the bankruptcy court.


Dated: July 6, 2011                                              /s/ Gordon J. Quist
                                                                    GORDON J. QUIST
                                                   UNITED STATES DISTRICT JUDGE